In the Matter of the Application of LINLEY MERRITT v. THOMAS W. MERRITT.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 242.]

Motion for reargument denied. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.